THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNA SIMS, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL KRAMMER, *et al.*, <br><br> Defendants. | CASE NO. C22-1217-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Having considered the relevant record, the Court finds good cause to refund Plaintiff's filing fee. The Clerk is DIRECTED to refund Plaintiff's filing fee of $402. The filing fee shall be refunded by sending a check for $402 made payable to Shanna Sims to the following address: 32521 Marguerite Lane, Sultan, WA 98294. The Clerk is further DIRECTED to send a copy of this order to Plaintiff.

DATED this 1st day of September 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C22-1217-JCC
PAGE - 1